| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|
| United States of America<br><br>v.<br><br>Carlos Rocha Villaurrutia | Sherman Division |
| | Criminal No. 4:20-CR-212-5 |
| | WITNESS LIST |
| WITNESS LIST FOR EVIDENTIARY HEARING | AUSA: ERNEST GONZALEZ |
| Judge: Amos L. Mazzant, III    Clerk: | Reporter: |

| No. | Name of Witness |
|---|---|
| 1 | JOSE MIGUEL GODOY |
| 2 | LUIS GODOY |
| 3 | MARIFER VILLAURRUTIA |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |