1                   UNITED STATES DISTRICT COURT

2            EASTERN DISTRICT OF TEXAS (SHERMAN DIVISION)

3     UNITED STATES OF AMERICA,
                                        Case No. 4:20-cr-00212-ALM
4                 Plaintiff,            KPJ-4

5     v.                                Plano, Texas
                                        March 23, 2021
6     FEDERICO ANDRES MACHADO, et       10:04 a.m.
      al,
7
8                 Defendant.

9     TRANSCRIPT OF UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY HEARING
          BEFORE THE HONORABLE KIMBERLY C. PRIEST JOHNSON
10                   UNITED STATES MAGISTRATE JUDGE

11    APPEARANCES:
      For the Plaintiff:           Jay R. Combs, Esq.
12                                 U.S. Attorney's Office
                                   101 E. Park Boulevard
13                                 Suite 500
                                   Plano, TX 75074
14
      For the Defendant:           Dan Calvin Guthrie, Jr., Esq.
15                                 Law Offices of Dan C. Guthrie,
                                   Jr.
16                                 4131 North Central Expressway
                                   Suite 900
17                                 Dallas, TX 75204

18    Court Recorder:              J. Wam

19    Transcription Service:       Chris Hwang
                                   Abba Reporting
20                                 PO Box 223282
                                   Chantilly, Virginia  20153
21                                 (518) 302-6772

22

23

      Proceedings recorded by electronic sound recording;
24    transcript produced by transcription service.

25

1                                       **INDEX**

2

3                                                                    Page

Motion, granted                                             5

4

Court's Ruling                                              5

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        (Call to order at 10:04 a.m.)

2            THE COURT:  The Court calls case number 420CR212,

3    United States versus Federico Andres Machado.

4            MR. COMBS:  Jay Combs for the United States, Your

5    Honor.  The Government's ready.

6            MR. GUTHRIE:  Dan Guthrie for the Defendant, Your

7    Honor.

8            THE COURT:  Good morning.  All right, we're here

9    today regarding the -- Mr. Guthrie's Unopposed Motion to

10   Withdraw as Counsel of Record.  I will note for the record that

11   Mr. Machado is not present at the hearing.

12           It's my understanding that his whereabouts are

13   unknown at this time.  Is that accurate?

14           MR. COMBS:  Yes, Your Honor, and at the conclusion of

15   the hearing, the Government would request a bench warrant to

16   issue.

17           MR. GUTHRIE:  Well, Your Honor, I think for the

18   record, since I still represent Mr. Machado, there was no order

19   issued that I'm aware of that required him to be present at

20   this hearing, but his whereabouts to me are unknown if he is

21   alive.

22           THE COURT:  Okay, and has a bench warrant not already

23   been issued?  All right, we'll issue that today.

24           With respect to the motion, I'll just also say for

25   the record there's also currently pending United States

1    Emergency Motion to Restrain Dissipation of Assets.  And that's

2    Docket 167.

3              I have visited with counsel off the record regarding

4    Mr. Guthrie's position to this motion since the -- a response

5    has not yet been filed.

6              Mr. Guthrie, is there anything you'd like to put on

7    the record in that regard?

8              MR. GUTHRIE:  Yes, for the record, Your Honor, I'd

9    state that the Government was, prior to filing this motion,

10   advised by me that there are no funds on Mr. Machado's behalf

11   that are being held in the IOLTA account.

12             Those funds were expended for fees and expenses.  So

13   there's nothing to restrain.  There's nothing to pay into the

14   registry of the Court that's in my IOLTA account.

15             THE COURT:  All right, and do you intend to file a

16   response to this emergency motion?

17             MR. GUTHRIE:  I do, Your Honor.

18             THE COURT:  All right, Mr. Combs, anything from you

19   on either motion?

20             MR. COMBS:  No, Your Honor.

21             THE COURT:  Okay, all right.

22             MR. COMBS:  Well, actually, Your Honor, I guess I

23   would just say for the record it's in our motion that the

24   question of whether there are funds left over does -- is not

25   the entirety of the inquiry the Government seeks.

1          We're interested to learn whether the funds were

2    adequate to the representation or beyond the recommendation.

3    So we do appreciate the response being filed by Mr. Guthrie.

4          THE COURT:  Okay, all right, because there has been a

5    direct request by Mr. Machado for Mr. Guthrie's withdrawal, I

6    think it's proper that the Court would at this time grant the

7    Motion to Withdraw, specifically given Mr. Guthrie's position

8    that it does not -- he does not intend to refund any funds at

9    this time.

10          So the Motion to Withdraw as counsel, Docket 164, is

11    granted.  And then, we'll wait for our response from you

12    regarding the Emergency Motion to Restrain Assets and a bench

13    warrant will be issued for Mr. Machado.

14          Anything further from counsel?

15          MR. GUTHRIE:  No, Your Honor, thank you very much.

16          THE COURT:  We'll stand adjourned.

17          MR. GUTHRIE:  May we be excused, Your Honor?

18          THE COURT:  Yes, thank you.

19      (Proceedings concluded at 10:08 a.m.)

20

21

22

23

24

25

1                            **CERTIFICATE**

2

3

4            I, Chris Hwang, court approved transcriber, certify

5    that the foregoing is a correct transcript from the official

6    electronic sound recording of the proceedings in the above-

7    entitled matter.

8

9

10

11

12

13    _____          March 24, 2021

14    Chris Hwang                    Date

15    Transcriber

16

17

18

19

20

21

22

23

24

25