IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO. 4:20-CR-00212-ALM |
| | § | |
| DEBRA LYNN MERCER-ERWIN (1) | § | |
| KAYLEIGH MOFFETT (2) | § | |
| GUILLERMO GARCIA MENDEZ (3) | § | |
| FEDERICO ANDRES MACHADO (4) | § | |
| CARLOS ROCHA VILLAURRUTIA (5) | § | |
| ALBAN GERARDO AZOFEIFA-CHACON (6) | § | |
| AARON BELLO-MILLAN (7) | § | |
| MICHAEL ASSAD MARCOS (8) | § | |

**ITRC, LLC AND LEARJET 31A BEARING SERIAL NUMBER 080 AND ASSIGNED AND DISPLAYING REGISTRATION/TAIL NUMBER N260RC'S REPLY IN SUPPORT OF MOTION TO DISMISS CRIMINAL FORFEITURE ACTION**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, ITRC, LLC and Learjet 31A Bearing Serial Number 080 and Assigned and Displaying Registration/Tail Number N260RC (hereinafter the "Learjet" or "Aircraft"), and file this Reply in Support of their Motion to Dismiss Criminal Forfeiture action against the Learjet, which is the subject of yet another frivolous forfeiture action by the Federal Government, and would respectfully show the Court as follows:

As set forth in the motion to dismiss [doc. 168], the Learjet is not subject to criminal forfeiture. In its Response in Opposition to the Motion to dismiss, [doc. 190], the United States contends that it "seeks to forfeit Learjet N260RC because of issues concerning representations made to the government concerning the ownership of the airplane and its export status." [doc. 190 at p. 2]. Yet again, the United States fails to provide any meaningful allegations, either factually or legally, to adequately state its claim. As set forth in the Motion to Dismiss, the FAA expressly approved the ownership of the Learjet. Moreover, the allegation contained within the Third

Superseding Indictment that "[t]he aircraft has been outside of the United States for three years without any export filings" is not true, and is directly contradicted by Beau Price's affidavit. The Learjet is not legally required to be exported.

The United States' statement in its Response in Opposition to the Motion to Dismiss that "ITRC refused to provide information the government requested to proceed administratively" is false. As set forth in Exhibit A to the United States' Response in Opposition, the government did not ask for any information. Instead, and counter to the resolution outline provided by Mr. Wells, Paul Mack requested ITRC to file an EEI to export the Learjet, and to deregister the Learjet from the FAA registry. Mr. Wells refused to even address the question why exportation is necessary, likely because the correct answer to that question is that exportation is not legally required or necessary. In any event, to suggest that ITRC refused to provide information to the government is simply not true.

Criminal forfeiture of the Learjet is entirely inappropriate in this case where no criminal allegations have ever been made against the equitable owners of the Learjet. Accordingly, and for the reasons more fully set forth in the Motion to Dismiss, this Court should dismiss the criminal forfeiture action with respect to the Learjet.

WHEREFORE, PREMISES CONSIDERED, ITRC, LLC and Learjet 31A Bearing Serial Number 080 and Assigned and Displaying Registration/Tail Number N260RC pray that the Motion to Dismiss be in all things granted, that this Court in all things dismiss the instant criminal forfeiture action with respect to the Learjet, and grant any other and further relief, at law or in equity, to which they may be justly entitled.

Dated: April 12, 2021

Respectfully submitted,

**MARTIN & DROUGHT, P.C.**
Weston Centre
112 East Pecan Street, Suite 1616
San Antonio, TX 78205
Telephone: (210) 227-7591
Telecopier: (210) 227-7924

By:  /s/ *Mathis B. Bishop*
         GERALD T. DROUGHT
         State Bar No. 06134800
         gdrought@mdtlaw.com
         MATHIS B. BISHOP
         State Bar No. 24045500
         mbishop@mdtlaw.com

ATTORNEYS FOR ITRC, LLC AND LEARJET
31A BEARING SERIAL NUMBER 080 AND
ASSIGNED AND DISPLAYING
REGISTRATION/TAIL NUMBER N260RC

## CERTIFICATE OF SERVICE

        I hereby certify that on April 12, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Ernest Gonzalez
U S Attorney's Office − Plano
101 East Park Blvd., Ste. 500
Plano, TX 75074
Email: ernest.gonzalez@usdoj.gov

Colleen Elizabeth Bloss
US Attorney's Office − Plano
101 E Park Blvd., Ste. 500
Plano, TX 75074
Email: colleen.bloss@usdoj.gov

Robert Austin Wells
U S Attorney's Office − Tyler
110 N. College, Ste. 700
Tyler, TX 75702
Email: robert.wells3@usdoj.go

Rafael De La Garza, II
The De La Garza Law Firm
3941 Legacy Dr., Ste. 204−A192
Plano, TX 75023−8334
Email: rdelagarzalaw@yahoo.com

William Brett Behenna
Coyle Law Firm
125 Park Avenue, First Floor
Oklahoma City, OK 73102
Email: bb@coylelaw.com
ATTORNEYS FOR DEFENDANT DEBRA MERCER-ERWIN

Vicki Zemp Behenna
Behenna, Goerke, Krahl & Meyer
210 W. Park Avenue, Ste. 3030
Email: vzb@lawfirmokc.com
ATTORNEY FOR DEFENDANT KAYLEIGH MOFFETT

Dan Calvin Guthrie, Jr.
Law Offices of Dan C. Guthrie, Jr.
3131 McKinney Avenue, Ste. 600
Dallas, TX 75204
Email: dan@whitecollardefense.com
ATTORNEY FOR DEFENDANT FEDERICO ANDRES MACHADO

Carlos A Garcia
Attorney at Law
1305 E Griffin Pkwy.
Mission, TX 78572
Email: email@thegarciafirm.com
ATTORNEY FOR DEFENDANT CARLOS ROCHA VILLAURRUTIA

J. Craig Jett
Burleson Pate & Gibson − Dallas
900 Jackson Street
Suite 330
Dallas, TX 75202
Email: jcj@bp−g.com
ATTORNEY FOR DEFENDANT MICHAEL ASSAD MARCOS

/s/ *Mathis B. Bishop*
GERALD T. DROUGHT
MATHIS B. BISHOP