## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 4:20-CR-212 |
| | § | |
| DEBRA LYNN MERCER-ERWIN (1), | § | |
| KAYLEIGH MOFFETT (2) | § | |
|     Defendants. | § | |

## ORDER VACATING RESTRAINT OF ASSETS

Considering the motion of the United States of America to vacate the previously entered order restraining assets, the Court finds the motion to have merit and should, in all things, be GRANTED.

IT IS THEREFORE ORDERED that the Order Restraining Assets, (Dkt. #251) is hereby VACATED.

**SIGNED this 28th day of June, 2022.**


_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE