# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
DEBRA LYNN MERCER-ERWIN (1)
KAYLEIGH MOFFETT (2)

**EXHIBIT LIST**

Case Number: 4:20CR212 ALM/KPJ

| PRESIDING JUDGE | GOVERNMENT ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Kimberly C. Priest-Johnson | Ernest Gonzalez, AUSA | Joe White (1); William Behenna(2) |
| HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 3/27/2023 Mtn Hearing (321, 324) | FTR | M. Cox |

| GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 3/27/2023 | X | X | Email from Ernest Payton |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

## Paul Mack

| | |
|---|---|
| From: | Ernest Payton |
| Sent: | Monday, July 27, 2020 3:25 PM |
| To: | Paul Mack |
| Subject: | FW: BIS OEE Outreach Packet |
| Attachments: | 1_BIS Mission Handout.pdf; 2_Intro to Export Controls.pdf; 3_Outreach Guide 12-17-12.pdf; 4_How to Request an ECCN.pdf; 5_Guide to Export Licensing Requirements.pdf; 6_Know Your Customer 12-17-12.pdf; 7_Recognizing-Reporting 12-17-12.pdf; 8_Lists To Check 12-17-12.pdf; 9_Reexport Controls.pdf; 10_FF Guidance 12-17-12.pdf; 11_Ready Reference for Exporters-flyer.doc; 12_Watch out for illegal export schemes-flyer.docx |

-----Original Message-----
From: Ernest Payton
Sent: Thursday, March 21, 2019 2:02 PM
To: Dwana Peters <dcp@agcorp.com>; Debbie Mercer <DM@agcorp.com>
Cc: KM@agcorp.com
Subject: BIS OEE Outreach Packet

Debbie, Dwana,

Here is our OEE outreach packet for exporters. Please look over the material and use it in your export compliance process. Also, please share with all employees that touch exports in your company. You may use the material for export compliance training. After looking over it, please let me know if you have any questions.

Also, please let me know a time we can meet to discuss.

Meanwhile I will be researching a definitive answer for you concerning when an aircraft should be considered exported.

Very best regards,

Ernest Payton
Special Agent
BIS/OEE
(281) 372-7136  office
(281) 642-0561  cell



1