IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | No. 4:20-CR-212 |
| | § | Judge Mazzant |
| DEBRA LYNN MERCER-ERWIN (1) | § | |

## GOVERNMENT TRIAL EXHIBIT LIST

| | EXHIBIT NO. | DESCRIPTION | ADMIT |
| --- | --- | --- | --- |
| SEALED | 1 | CyrusOne Server Physical Exhibit | 4/11/23 |
| | 1A | Ledger from CyrusOne Server | 4/11/23 |
| | 1B | Search Warrant for CyrusOne Server | 4/12/23 |
| | 1C | Scanned Docs from CyrusOne Server | 4/12/23 |
| | 1E | Sample Transactions by AGC from CyrusOne Server | 4/12/23 |
| SEALED | 1F | Server Extraction of American Express Transactions from CyrusOne Server | 4/12/23 |
| | 1G | Server Extraction of Escrow Agreements & EFaxes for AGC (Binder – physical exhibit) | 4/12/23 |
| | 2A | Mercer Email Attachment 9H-DTY-S6146 Escrow Agreement (EA) | 4/12/23 |
| | 2B | Mercer Email Attachment 9H-LZM-S6073 EA | 4/12/23 |
| | 2C | Mercer Email Attachment N253MY-S23974 EA | 4/12/23 |
| | 2D | Mercer Email Attachment N351AA-S24032 EA | 4/12/23 |
| | 2E | Mercer Email Attachment P4-GIS-S139 EA | 4/12/23 |
| | 2F | EFax | 4/12/23 |
| | 3A | Mercer Email Attachment N784CK-S24783 EA | 4/12/23 |
| | 3B | Mercer Email Attachment N784CK-S24783 First Amendment (FA) EA | 4/12/23 |
| | 3C | Mercer Email Attachment N784CK-S24783 Executed (E) EA | 4/12/23 |
| | 3D | Mercer Email Attachment N571UA-S27311 EA | 4/12/23 |

Exhibit List
Page 1



| EXHIBIT NO. | DESCRIPTION | ADMIT |
|---|---|---|
| 3E | Mercer Email Attachment N571UA-S27311 FAEA | 4/12/23 |
| 3F | Mercer Email Attachment N571UA-S2731 EEA | 4/12/23 |
| 3G | Mercer Email Attachment N572UA-S27312 EA | 4/12/23 |
| 3H | Mercer Email Attachment N572UA-S27312 FAEA | 4/12/23 |
| 3I | Mercer Email Attachment N572UA-S27312 EEA | 4/12/23 |
| 3J | Mercer Email Attachment P4-GIS-S139 | 4/12/23 |
| 4A | Mercer Email Attachment B-8211-S212 Letter of Intent (LOI) | 4/12/23 |
| 4B | ATT00001(3) – Mercer Email B-8211-S212 | 4/12/23 |
| 4C | Mercer Email Attachment B-16720-S41820 Purchase Agreement (PA) | 4/12/23 |
| 4D | 329950 Email and Attachments (Escrow & ATT0001) – Mercer Email B-16720-S41820 | 4/12/23 |
| 4E | Mercer Email Attachment B-16720-S41820 Third Amended (TA) EA | 4/12/23 |
| 4F | Mercer Email Attachment B-16720-S41820 EA | 4/12/23 |
| 4G | 329619 Email and Attachments (Escrow (1) & ATT00001(1) – Mercer Email B-16720-S41820 | 4/12/23 |
| 4H | 329607 Email and Attachments (Escrow & txt file) - Mercer Txt file B-16720-S41820 | 4/12/23 |
| 5A | 322236 - Moffett Email P4-GIS-S139 | 4/12/23 |
| 5B | Moffett Email B-8108-S5129 Refund Undertaking | 4/12/23 |
| 5C | Moffett Email B-8108-S5129 Letter | 4/12/23 |
| 5D | Mercer Email B-8108-S5129 LOI | 4/12/23 |
| 5E | 317931 – Moffett Email P4-GIS-S139 | 4/12/23 |
| 6A | Mercer Email VT-SUG-S4387 EA | 4/12/23 |
| 6B | Mercer Email VT-SUG-S4387 PA | 4/12/23 |
| 6C | 329727 - Mercer Email VT-SUG-S4387 | 4/12/23 |
| 6D | Mercer Email VT-ALF-S36305 PA | 4/12/23 |

| EXHIBIT NO. | DESCRIPTION | ADMIT |
|---|---|---|
| 6E | Mercer Email VT-ALG-S36306 EA | 4/12/23 |
| 6G | 329629 – Email and Attachments (Escrow & ATT00001) Mercer Email VT-SUG-S4387 | 4/12/23 |
| 6H | EFax | 4/12/23 |
| 7A | 329919 – Email and Attachments (Escrow & ATT00001(1)) Mercer Email B-8197-S9473 | 4/12/23 |
| 7B | Escrow Agreement from Casey @ TBE | 4/18/23 |
| 7C | Mercer Email SU-GDN-S38288 / SU-GDP-S38290 EAs | 4/12/23 |
| 7D | Mercer Email 9M-FSL-S29062 EA | 4/12/23 |
| 7E | Mercer Email 9V-SWB-S33377 FA Promissory Note | 4/12/23 |
| 7F | 329719 – Email & Attachments (Escrow & ATT00001)– Mercer Email SU-GDN-S38288 / SU-GDP-S38290 | 4/12/23 |
| 7G | EFax | 4/12/23 |
| 8A | Mercer Email 9V-SWA-34568 Second Amendment to Promissory Note | 4/12/23 |
| 8B | Mercer Email 9V-SWB-S33377 Second Amendment to Promissory Note | 4/12/23 |
| 8C | Mercer Email ET-ALO–S33768 EA (CCUR) | 4/12/23 |
| 8D | Mercer Email ET-ALO-S33768 EA (JDS1) | 4/12/23 |
| 8E | Mercer Email ET-ALP-S33769 EA (CCUR) | 4/12/23 |
| 8F | Mercer Email ET-ALP-S33769 EA (JDS1) | 4/12/23 |
| 8G | 329606 – Email and Attachments (Escrow & ATT00001) – Mercer Email ET-ALO-S33768 | 4/12/23 |
| 8H | Mercer Email Trust Number 3020-3028-3252 | 4/12/23 |
| 8I | Mercer Email VH-LQD-S4371 EA | 4/12/23 |
| 8J | Mercer Email VH-LQF-S4375 EA | 4/12/23 |
| 8K | Mercer Email VH-LQG-S4376 EA | 4/12/23 |
| 8L | 358444 Email – Mercer Email VH-LQD-S4371 - VH-LQF-S4375 - VH-LQG-S4376 | 4/12/23 |

| EXHIBIT NO. | DESCRIPTION | ADMIT |
|---|---|---|
| 8M | Mercer Email VQ-BNU-S29908 PA | 4/12/23 |
| 8N | Mercer Email VQ-BNU-S29908 EA | 4/12/23 |
| 8O | Mercer Email 9M-FSL-S29062 PA | 4/12/23 |
| 8P | Mercer Email 9M-FSL-S2906 EA | 4/12/23 |
| 8Q | Mercer Email B-2064-S29157 PA | 4/12/23 |
| 8R | Mercer Email B-2064-S29157 EA | 4/12/23 |
| 8S | Mercer Email EI-UUW-S30214 PA | 4/12/23 |
| 8T | Mercer Email EI-UUW-S30214 EA | 4/12/23 |
| 8U | Mercer Email VT-JES-S35159 Second Amendment (SA) EA | 4/12/23 |
| 8V | Mercer Email VT-JEU-S35160 SAEA | 4/12/23 |
| 8W | EFax | 4/12/23 |
| 9A | Mercer Email HL-8254-S40198 EA | 4/12/23 |
| 9B | Mercer Email HL-8254-S40198 Amended Letter Agreement | 4/12/23 |
| 9C | EFax | 4/12/23 |
| 10A | Mercer Email HL-8284-S40199 EA | 4/12/23 |
| 10B | Mercer Email Pk-GIA-S40074 EA | 4/12/23 |
| 10C | Mercer Email PK-GIK-S40073 EA | 4/12/23 |
| 10D | 8/5/20 – Machado /Mercer SMS | 4/12/23 |
| 10E | 8/5/20 – 8/7/20 Mercer/Chemtov SMS | 4/17/23 |
| 10F | 8/5//20 - Machado/Chemtov WA | 4/12/23 |
| 10G | EFax | 4/12/23 |
| 11A | Moffett Email S4424 Letter | 4/12/23 |
| 11B | Moffett Email S4424 EA | 4/12/23 |
| 11C | EFax | 4/12/23 |
| 12 | Bank of America Records – 9094 American Guaranty Company - 2015 | 4/11/23 |

SEALED (applies to Exhibit 12)

| | EXHIBIT NO. | DESCRIPTION | ADMIT |
|---|---|---|---|
| SEALED | 13 | Bank of America Records – 9094 American Guaranty Company - 2016 | 4/11/23 |
| SEALED | 14 | Bank of America Records – 9094 American Guaranty Company - 2017 | 4/11/23 |
| SEALED | 15 | Bank of America Records – 9094 American Guaranty Company – 2018 | 4/11/23 |
| SEALED | 16 | Bank of America Records – 9094 American Guaranty Company - 2019 | 4/11/23 |
| SEALED | 17 | Bank of America Records – 9094 American Guaranty Company - 2020 | 4/11/23 |
| SEALED | 18 | DLE Escrow – Bank of America - 1222 | 4/11/23 |
| SEALED | 19 | CrossFirst (Wright Brother's Bank Account – 6592) | 4/13/23 |
| SEALED | 20 | Navy Federal Credit Union – Kayleigh Moffett | 4/11/23 |
| SEALED | 21 | Bank of America – Gustava Ramirez - 2425 | 4/11/23 |
| SEALED | 22 | Hard drive containing Phone images of Kayleigh Moffett and Debra Mercer | 4/11/23 |
| SEALED | 22A | Cell Phone Image from Hard Drive of Kayleigh Moffett 405-314-5168 | 4/11/23 |
| SEALED | 22C | Text files from 405-314-5168 dated 8/27/2015 | 4/11/23 |
| SEALED | 23A | Cell Phone Dump of Apple iPhone 11 of Federico Machado – 754-581-2809 | 4/11/23 |
| SEALED | 23B | Extraction Report of Cell Phone Dump of Apple iPhone 11 of Federico Machado – 754-581-2809 | 4/11/23 |
| SEALED | 23C | Text Chats from Federico Machado iPhone dated 08/28/2015 and 02/20/2019 | 4/11/23 |
| SEALED | 23E | Text Chats from Federico Machado iPhone pgs 822-861 | 4/17/23 |
| SEALED | 24 | Image of Apple Computer of Federico Machado | 4/11/23 |
| | 25A | PowerPoint for N200Y | 4/12/23 |
| | 25B | PowerPoint for Ledger (Ex. 1A) | 4/12/23 |
| | 25C | PowerPoint for Ledger (Ex. 2) | 4/12/23 |
| | 25D | PowerPoint for Ledger – Sewell Ex. 1 | 4/12/23 |
| | 25E | PowerPoint for Ledger – Hodkinson Ex. 1 | 4/12/23 |
| | 25F | PowerPoint Summary | 4/12/23 |

| EXHIBIT NO. | DESCRIPTION | ADMIT |
|---|---|---|
| 26B | Census – Nonexistence – AGC | 4/21/23 |
| 32 | 2020 Escrow Fees from Debra Mercer server | 4/17/23 |
| 33A | OFAC License determination | 4/21/23 |
| 33B | OFAC License determination | 4/21/23 |
| 39 | FAA Clarification Memo 2013 | 4/12/23 |
| 43 | AGC Website    (with modification) | 4/11/23 |
| 45A | Wires Spreadsheet of 9094 | 4/13/23 |
| 49 | Photo of Guillermo Garcia Mendez | 4/11/23 |
| | **N456PF** | |
| 51A | Blue Ribbon | 4/11/23 |
| | **N260RC** | |
| 52A | Blue Ribbon Registration | 4/11/23 |
| 52B | Photograph of plane | 4/27/23 |
| | **N18BA/N299GS** | |
| 53A | Blue Ribbon for N18BA | 4/11/23 |
| | **N305AG** | |
| 54A | Blue Ribbon | 4/11/23 |
| 54B | Photos of Plane | 4/20/23 |
| 54C | AMOC | 4/24/23 |
| 54D | Photos of plane at landing strip | 4/20/23 |
| 54E | Video of Plane taking off | 4/20/23 |
| 54G | Drugs | 4/20/23 |
| 54H | Lab Report | 4/20/23 |
| 54K | Text Exchange between Debra Mercer-Erwin and Federico Machado dated 02/06/2020 | 4/21/23 |

| EXHIBIT NO. | DESCRIPTION | ADMIT |
|---|---|---|
| **N311BD** | | |
| 55A | Blue Ribbon | 4/11/23 |
| 55B | Photo of Plane | 4/24/23 |
| 55C | AMOC | 4/24/23 |
| 55F | Lab Report – Belize 02-11-2021 – 10k | 4/19/23 |
| 55G | Photos of Physical Drugs seized | 4/19/23 |
| 55H | Immigration Information | 4/24/23 |
| 55J | Photo of Heriberto Calderon Gastelum | 4/24/23 |
| 55M | Photo of Drugs in plane | 4/19/23 |
| **N569LM** | | |
| 56A | Blue Ribbon | 4/11/23 |
| 56B | Photo of plane – BIS seizure from Brownsville | 4/27/23 |
| **N515BA** | | |
| 57A | Blue Ribbon | 4/11/23 |
| 57B | Photo of Plane | 4/24/23 |
| 57C | AMOC | 4/24/23 |
| 57D | Photos of crash site | 4/24/23 |
| **N770SW** | | |
| 58A | Blue Ribbon | 4/11/23 |
| 58D | Photo of Federico Machado | 4/11/23 |
| **N224EA** | | |
| 59A | Blue Ribbon | 4/11/23 |
| 59B | Photo of Plane | 4/24/23 |
| 59C | AMOC | 4/24/23 |
| 59D | Video of crash site | 4/24/23 |

| EXHIBIT NO. | DESCRIPTION | ADMIT |
|---|---|---|
| 59E | Photo of crash site | 4/24/23 |
| **N241CW** | | |
| 60A | Blue Ribbon | 4/11/23 |
| 60B | Photo of Plane | 4/24/23 |
| 60C | AMOC | 4/24/23 |
| 60D | Photos of crash site | 4/24/23 |
| **N322BC** | | |
| 61A | Blue Ribbon | 4/11/23 |
| 61B | Photo of Plane | 4/24/23 |
| 61C | AMOC | 4/24/23 |
| 61D | Photo of seizure of Plane | 4/24/23 |
| **N35531/N454SC** | | |
| 62A | Blue Ribbon | 4/11/23 |
| 62B | Photo of Plane | 4/24/23 |
| 62C | AMOC | 4/24/23 |
| 62D | Photos of seizure of Plane | 4/24/23 |
| **N465BC** | | |
| 63A | Blue Ribbon | 4/11/23 |
| 63B | Photo of Plane | 4/24/23 |
| 63C | AMOC | 4/24/23 |
| 63D | Photos of seizure of Plane | 4/24/23 |
| **N530GA** | | |
| 64A | Blue Ribbon | 4/11/23 |
| 64B | Photos of Plane | 4/25/23 |
| 64C | AMOC | 4/25/23 |

| EXHIBIT NO. | DESCRIPTION | ADMIT |
|---|---|---|
| 64D | Photos of crash site | 4/25/23 |
| **N939RR** | | |
| 65A | Blue Ribbon | 4/11/23 |
| 65B | Photo of Plane | 4/20/23 |
| 65C | AMOC | 4/25/23 |
| 65D | Photos of Drugs | 4/20/23 |
| 65G | Lab Results Cocaine 11.45k | 4/20/23 |
| 65H | Physical Evidence – Cocaine 11.45k | 4/20/23 |
| **N990PA** | | |
| 66A | Blue Ribbon | 4/11/23 |
| 66B | Photos of Plane | 4/25/23 |
| 66D | Photo of Plane crash site | 4/20/23 |
| **N368AG** | | |
| 67A | Blue Ribbon | 4/11/23 |
| **N2000** | | |
| 68A | Blue Ribbon | 4/11/23 |
| **N466MM/NN886N** | | |
| 69A | Blue Ribbon | 4/11/23 |
| 69B | Photos of Plane | 4/25/23 |
| 69C | AMOC | 4/25/23 |
| 69D | Photo of plane and drugs | 4/25/23 |
| **N884AB** | | |
| 71A | Blue Ribbon | 4/11/23 |
| **N740HB** | | |
| 72A | Blue Ribbon | 4/11/23 |

| | EXHIBIT NO. | DESCRIPTION | ADMIT |
|---|---|---|---|
| | | **N777EH** | |
| | 73A | Blue Ribbon | 4/11/23 |
| | 73B | Photo of Plane | 4/20/23 |
| | 73C | AMOC | 4/25/23 |
| | 73D | Photos of Drug Seizure of Plane | 4/20/23 |
| | 73H | Drugs | 4/20/23 |
| | 73I | Lab Report | 4/20/23 |
| | 73K | Jessie Villareal PowerPoint | 4/24/23 |
| SEALED | 75 | Villarrutia Bank of America | 4/13/23 |
| | 96A | Photo of Plane N190JH | 4/11/23 |
| | 96B | N190JH Notice of Abandonment | 4/11/23 |
| | 96C | Video of Plane taking off | 4/11/23 |
| | 96D | Blue Ribbon of N190JH | 4/11/23 |
| | 98A | Photos from seizure at 6007 Lytham Drive, Dallas, Texas | 4/19/23 |
| | 98B | Drugs seized from 6007 Lytham Drive, Dallas, Texas and press | 4/19/23 |
| | 98C | Lab reports for seizure at 6007 Lytham Drive, Dallas, Texas | 4/20/23 |
| | 98D | Miscellaneous documents seized from 6007 Lytham Drive, Dallas, Texas | 4/20/23 |
| SEALED | 100 | Plea Agreement for Raul Francisco De ASIS Quevedo Martinez | 4/19/23 |
| SEALED | 105 | Plea Agreement for Julio Cesar Olivas-Felix | 4/20/23 |
| SEALED | 111 | CrossFirst Bank Statements (5964) | 4/13/23 |
| SEALED | 112 | CrossFirst Bank Statements (9783) | 4/13/23 |
| SEALED | 113 | CrossFirst Bank Statements (1356) | 4/13/23 |
| SEALED | 114 | Bank of America Bank Statements (9081) | 4/11/23 |
| | 116A | Sonia Hurtado Summary Powerpoint | 4/18/23 |
| | 120 | Photos of N173KS | 4/25/23 |

| EXHIBIT NO. | DESCRIPTION | ADMIT |
|---|---|---|
| 121 | Bank of America letter regarding bank statements | 4/11/23 |
| 123A | N375TC Blue Ribbon | 4/25/23 |
| 123B | Photo of Plane | 4/19/23 |
| 123C | Photos of crash site and seizure of drugs | 4/19/23 |
| 126 | Photograph of N6463L | 4/24/23 |
| 127 | Contract of Scott McCreary with AGC | 4/27/23 |