IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:20-CR-212 |
| | § | Judge Mazzant |
| DEBRA LYNN MERCER-ERWIN (1) | § | |
| KAYLEIGH MOFFETT (2) | § | |
| GUILLERMO GARCIA MENDEZ (3) | § | |
| FEDERICO ANDRES MACHADO (4) | § | |
| CARLOS ROCHA VILLAURRUTIA (5) | § | |
| ALBAN GERARDO AZOFEIFA-CHACON (6) | § | |
| AARON BELLO-MILLAN (7) | § | |

## AMENDED ORDER

The Court, having considered the Amended Motion for an Order to Homeland Security to Release Controlled Substances for Final Disposition (Dkt. #522) and Motion for Order to Homeland Security to Release Controlled Substances for Final Disposition (Dkt. #520) , hereby ORDERS that any bulk controlled substances recovered and held under HSI case number Case Number - DA02VR20BV0001 and Seizure Number – 2022550100036301 and DA02VR20BV0001 and Seizure Number – 2022550100036301 be released for destruction.

**IT IS SO ORDERED.**

**SIGNED this 21st day of November, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE