**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 4:20-CR-00212 |
| | § | |
| DEBRA LYNN MERCER-ERWIN | § | |

## MOTION TO SUPPLEMENT THE RECORD

TO THE HONORABLE AMOS L. MAZZANT:

Pursuant to Federal Rule of Appellate Procedure 10(e)(2)(B), the Defendant-Appellant Debra Lynn Mercer-Erwin, by and through her appellate counsel of record, Jack B. Zimmermann and Terri R. Zimmermann, respectfully asks the Court to supplement the record with the unredacted three-page, undated letter the Court received from a juror with "Reflections on the Verdict of Case No. 4:20-CR-212" at the top of the document. Ms. Mercer-Erwin does not object to this document being filed under seal to protect the identity of the juror who authored the letter.

The Court informed the parties about receipt of the letter on the record at the sentencing hearing that took place in this case on November 20, 2024. Therefore, we submit it is appropriate for the letter to be included in the record so that the Court of Appeals has a complete record for its review.

## CERTIFICATE OF CONFERENCE

On July 7, 2025, counsel conferred with counsel for the Government on this matter and the Government opposes this Motion.

Respectfully submitted,

TERRI R. ZIMMERMANN
Texas Bar No. 00797883
Terri@TexasDefenseLawyers.com

JACK B. ZIMMERMANN
Texas Bar No. 2226500
Jack@TexasDefenseLawyers.com

Zimmermann & Zimmermann, P.C.
P.O. Box 3699
Conroe, Texas 77305
(713) 552-0300

Attorneys for the Defendant-Appellant,
Debra Lynn Mercer-Erwin

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was served on the Assistant U.S. Attorney assigned to this case by the Court's electronic filing system on July 9, 2025.

Respectfully submitted,

TERRI R. ZIMMERMANN
Texas Bar No. 00797883
Terri@TexasDefenseLawyers.com