# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CASE NO. 4:20CR212 |
| § | Judge Mazzant |
| DEBRA LYNN MERCER-ERWIN § | |

## ORDER

Pending before the Court is Defendant's, through appellate counsel, Opposed Motion to Supplement Record with Juror Letter (Dkt. #575). Having considered the motion, the government's response, and the record, the Court finds that the motion should be **DENIED** without prejudice.

The Court lacks jurisdiction to consider this request. The request should be directed to the Fifth Circuit. It is therefore,

**ORDERED** that Opposed Motion to Supplement Record with Juror Letter (Dkt. #575) is **DENIED** without prejudice.

**IT IS SO ORDERED.**

SIGNED this 23rd day of July, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE